United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3577
_____

| | | |
|---|---|---|
| Bonita E. Foss-Roseen, | * | |
| | * | |
| Plaintiff - Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Kenneth S. Apfel,* | * | |
| | * | [UNPUBLISHED] |
| Defendant - Appellee. | * | |

_____

Submitted: December 2, 1997
Filed: December 17, 1997
_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

Bonita E. Foss-Roseen appeals the district court's[1] order granting summary judgment to the Commissioner and affirming the Commissioner's decision to deny

---

*Kenneth S. Apfel has been appointed to serve as Commissioner of Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable John M. Mason, United States Magistrate Judge for the District of Minnesota.

Foss-Roseen disability insurance benefits.  Having carefully reviewed the record and the parties' submissions, we affirm the judgment of the district court for the reasons set forth in the magistrate judge's report.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.